IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-2145-AP**

**TEXAS CLINICAL LABS, INC., n/k/a Texas Clinical Labs, LLC;**
**TEXAS CLINICAL LABS - GULF DIVISION, INC. n/k/a/ Texas Clinical Labs - Gulf Division, LLC; and the**
**ESTATE OF DANIEL P. CAMPBELL,**

      Plaintiffs,

v.

**MIKE LEAVITT, United States Secretary of Health and Human Services,**

      Defendant.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

Kane, J.

Upon review of Plaintiffs' Response to the Order to Show Cause issued in this case on November 2, 2005, the Order to Show Cause is DISCHARGED and the matter allowed to proceed as a combined administrative appeal and action for damages. In discharging the Order, the Court expresses no opinion on the viability or merits of Plaintiffs' due process claim. The Court notes that Plaintiffs' third cause of action for abuse of process has been withdrawn. For ease of administration, this case should proceed directly to the regular civil docket rather than pause for briefing of the administrative claim only on the AP docket. If it turns out Plaintiffs' allegations state no cause of action independent of the administrative challenge under 5 U.S.C. § 706, the district judge to whom it is assigned will treat the case as an administrative appeal and handle it accordingly. The case is not amenable, at this stage

of the proceedings, to a determination that it is exclusively an administrative appeal.

ACCORDINGLY, this action should be removed from the AP docket and returned to Judge Figa.

Dated this 18th day of November, 2005.

BY THE COURT:

S/**John L. Kane**
Senior Judge, United States District Court