IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02145-PSF-CBS

TEXAS CLINICAL LABS, INC., n/k/a Texas Clinical Labs, LLC;
TEXAS CLINICAL LABS - GULF DIVISION, INC., n/k/a Texas Clinical Labs- Golf Division, LLC, and the
ESTATE OF DANIEL P. CAMPBELL,

    Plaintiffs,

v.

MIKE LEAVITT, Unites States Secretary of Health and Human Services,

    Defendant.

## ORDER SETTING SCHEDULING CONFERENCE

THE COURT ORDERS that this matter is set for a scheduling conference before the undersigned judge on **January 27, 2006 at 9:30 a.m.** in Courtroom A602 of the United States Courthouse located at 901 19th Street, Denver, Colorado.  The parties **shall not** prepare or submit a proposed scheduling order; however, consistent with D.C.COLO.LCivR 16.1, lead counsel shall attend the conference.

At the scheduling conference, the parties shall be prepared to address the following:

    (a)    Standard of Review:

- Is this Court's review of the Secretary's decision *de novo* or under an arbitrary and capricious standard?

    (b)    Administrative Record:

- What documents comprise the administrative record and what portion of the record is it necessary for this Court to review ?

- How much time do the parties need to compile and submit the administrative record?

(c)   Discovery:

- Does the plaintiff contend that there facts in dispute and whether there is a need for discovery?  If so, as to what issues?

(d)   Any other issues enumerated in F.R.Civ.P. 16(c).

(e)   The amount in controversy.

(F)   Whether this district is the proper venue, given the prior proceedings in the Northern District of Texas.

Because the first scheduling conference may be set before the defendant has been served or has appeared in the case, counsel for the plaintiff is responsible for notifying the defendant of the setting of the first Rule 16(b) Conference.  If plaintiff's counsel is unable to notify the defendant, then plaintiff's counsel shall, at least five (5) working days prior to the scheduled Rule 16(b) Conference, so notify the Court so that the conference can be rescheduled.  Counsel shall comply with the Instructions for Preparation of Scheduling Order (*see* Appendix F of the Local Rules of Practice in the United States District Court for the District of Colorado).  Copies of the Local Rules are available under the "Local Rules" button at http://www.cod.uscourts.gov and from the Clerk of the Court.

DATED: December 1, 2005.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge